IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Mildred B. Geter,<br><br>                              Plaintiff,<br>v.<br><br>Shakespeare Company LLC,<br>                              Defendant. | Case Number 3:13-1506-TLW<br><br>Order |

On June 3, 2013, Plaintiff Mildred B. Geter filed this civil rights job discrimination action alleging claims under several statutes: Title IIV of the Civil Rights Act of 1964, as amended; the Equal Pay Act; and 42 U.S.C. §§ 1981 and 1988. Docs. #1, 5. Defendant filed a motion for summary judgment on April 21, 2014. Doc. #18. Plaintiff failed to respond to the motion for summary judgment. The matter now comes before this Court for review of the Report and Recommendation ("Report") filed by Magistrate Judge Kevin F. McDonald, Doc. #24, to whom this case was assigned. In the Report, the Magistrate Judge recommends that the Court grant Defendants' motion for summary judgment. Id.  Objections were due by August 25, 2014. Plaintiff has filed no objections to the Report.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report.  28 U.S.C. § 636.  In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation.  See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

1

This Court has carefully reviewed the Magistrate Judge's Report and Recommendation. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation, Doc. #24, is **ACCEPTED.** Defendants' motion for summary judgment, Doc. #18, is **GRANTED.** Plaintiff's Complaint is **DISMISSED**.

**IT IS SO ORDERED**.

s/Terry L. Wooten<br>Chief United States District Judge

October 30, 2014
Columbia, South Carolina